Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
433 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

Susanne B. Berg (SBN 236468)
177 Post Street, Suite 600
San Francisco, CA 94108
(415) 217-0000
(415) 738-2302 (Fax)
berglaw@gmail.com (e-mail)

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAMARIS CRUZ, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>ARROW FINANCIAL SERVICES, LLC; JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>           Defendants. | Case No.: C 07-03460 CRB<br><br>**NOTICE OF DISMISSAL** |

TO THE CLERK OF THE COURT:

   PLEASE TAKE NOTICE that the Plaintiff hereby dismisses this case, as to herself only, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of civil Procedure does not apply. Further, Defendants have not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order. The putative class claims is dismissed without prejudice.

Dated: August 30, 2007                    /s/
                              Irving L. Berg
                              Attorney for Plaintiff

NOTICE OF DISMISSAL                                                     CASE NO.: C 07-03460 CRB